RECEIVED

JUN 2 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARK HANNA

CIVIL ACTION NO. 12-cv-0494

VERSUS

JUDGE STAGG

BOSSIER PARISH CORRECTIONAL CENTER, ET AL

MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 54)** is **granted** and Plaintiff's complaint is **dismissed with prejudice** to the right to refile it in forma pauperis.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of June, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE